IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:10-CR-219-BO(1)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ~~PROPOSED~~ ORDER TO SEAL |
| | ) | |
| CHAD EMORY JONES | ) | |

Upon motion of the Defendant for an Order to seal the documents and any attachments submitted through CM/ECF and identified as Docket Entries ~~67~~ 70 and 68, and good cause having been shown for such an Order,

It is hereby ORDERED the documents and any attachments submitted through CM/ECF and identified as Docket Entries ~~67~~ 70 and 68 shall be filed under seal by the Clerk.

It is further ORDERED that the Defendant, through Counsel, and the Government are permitted to receive certified copies of the sealed documents from the Clerk, upon request.

IT IS SO ORDERED.

This 15 day of April, 2011.

The Honorable Terrence W. Boyle
United States District Judge, E.D.N.C.