# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 4/18/2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
CHAD EMORY JONES )
) Case No: 5:10-cr-219-2BO
) USM No: 54355-056
Date of Original Judgment: April 19, 2011 )
Date of Previous Amended Judgment: _____ ) Laura Wasco
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓]**DENIED.** [ ]**GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant pled guilty to Count 7, Possession of a Firearm by a Felon, and Count 11, Distribution of More Than 5 Grams of Cocaine Base and Aiding and Abetting, which were grouped pursuant to 3D1.2(c). As Count 7 produced the higher offense level, the offense level was determined by applying 2K2.1.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 19, 2011 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4-15-14

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011